AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of   NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:11-cr-00149-HDM-VPC |
| | ) | |
| NATHANIEL SCOVILE | ) | |
| *Defendant* | ) | |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson U.S. Courthouse<br>400 S. Virginia St.<br>Reno, NV 89501<br>before: District Judge Howard D. McKibben | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | 08/24/2016 at 10:00 a.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   August 11, 2016

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*



AUG 11, 2016